PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 114968

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-10020-MARTINEZ

A: 15-m-513

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:   Ammon Covino

Name of Sentencing Judicial Officer: The Honorable Jose E. Martinez, United States District Judge, Key West, Florida

Date of Original Sentence: December 2, 2013

| | | |
|---|---|---|
| Original Offense: | Count One: | Conspiracy to illegally purchase and sell fish/wildlife, 18 U.S.C. § 371, a Class D felony |
| Original Sentence: | | Twelve (12) months plus one (1) day custody of the Bureau of Prisons; two (2) years supervised release and $100 special assessment. Special Conditions include, the defendant shall: 1) provide complete access to financial information, including disclosure of all business and personal finances; and 2) not engage in activity that involves exhibiting, importing, exporting, transporting, selling, receiving, acquiring or purchasing in interstate or foreign commerce any fish or wildlife. |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 22, 2014

Assistant U.S. Attorney:
Thomas Austin Watts-Fitzgerald
99 NE 4th Street
Miami, FL 33132
(305) 961-9413

Defense Attorney:
Bruce Lyons (retained)
110 Southeast 6th Street
Fort Lauderdale, FL 33301
(954) 296-0022

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to answer truthfully all inquiries by the probation officer. When the defendant was questioned regarding him and his vehicle's presence at the Austin Aquarium, the defendant denied being observed driving the vehicle listed on his monthly supervision reports, and denied working at the aquariums in Austin and San Antonio, when in fact, evidence and statements from staff which identify the defendant working at these locations and his vehicle at the Austin Aquarium location, indicate this to be false. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 114968

2.     **Violation of Special Condition**, by failing to abstain from engaging in activity that involves exhibiting, importing, exporting, transporting, selling, receiving, acquiring or purchasing in interstate or foreign commerce any fish or wildlife. From January 2015 to July 2015, the defendant was involved with the operations of Portland, Austin and San Antonio Aquariums as evidenced by statements and complaints made by staff and the community.

U.S. Probation Officer Recommendation:

The term of supervision should be  
[X]   revoked.  
[]   extended for _ years, for a total term of _ years.  
[]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 13, 2015

*Newsetti C. McInnis*  
Oct 13 2015 12:13 PM

Newsetti McInnis  
Senior U.S. Probation Officer  
Office:(305) 523-5308  
Cellular: (786) 269-9674

---

THE COURT ORDERS:

[ ]  No Action  
[✓]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

Date   10/14/15

PROB 19a                                                                                           SD/FL PACTS No. 114968

## UNITED STATES DISTRICT COURT   9051033
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-10020-CR-MARTINEZ-01

U.S.A. vs AMMON COVINO

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| AMMON COVINO #15051-023 | Male | White | 42 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 2832 Grimes Ranch Rd, Austin, TX |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court, Southern District of Florida | 12/2/2013 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| United States District Court, Southern District of Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | Wanda Holiday | 10-14-15 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."